IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In the Matter of the Arbitration Between ) <br> ) <br> LOUIS BARINAGA, ) <br> ) <br>         Claimant, ) <br> ) <br> and ) <br> ) <br> MARVIN COX and UBS PAINEWEBBER, INC., ) <br> ) <br>         Respondents. ) | Civil No. 05-1432-HU <br><br> O R D E R |

Kim T. Buckley
ESLER STEPHENS & BUCKLEY
888 S.W. Fifth Avenue, Suite 700
Portland, OR  97204-2021

  Attorney for Claimant

Marvin Cox
13389 S.W. Ascension Drive
Tigard, OR  97223

  Respondent Pro Se

JONES, Judge:

Magistrate Judge Dennis James Hubel filed Findings and Recommendation (#70) on November 7, 2006, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Respondent Marvin Cox has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Hubel's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation dated November 7, 2006, in its entirety. Respondent Cox's motion (#3) to vacate the arbitration award is denied and this case is dismissed.

IT IS SO ORDERED.

DATED this 12th day of January, 2007.

/s/ Robert E. Jones
ROBERT E. JONES
United States District Judge